HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE IVAN ESTRADA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 13-cr-249 MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME |
| v. | |
| JOSE IVAN ESTRADA, et al., | Date:   January 30, 2014 |
| Defendants. | Time:   9:00 a.m.<br>Judge:  Honorable Morrison C. England, Jr. |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Assistant United States Attorney Paul Andrew Hemesath, defendant Ruben Botello Guzman through his undersigned counsel Dwight Samuel, defendant Jose Ivan Estrada through his undersigned counsel Matthew C. Bockmon, and defendant Jorge Manuel Vargas-Garcia through his undersigned counsel Ronald James Peters, that the status conference date of December 19, 2013, be vacated and the matter set for status conference on January 30, 2014.

The reason for the continuance is to allow defense counsel time to meet and confer with their clients, conduct further investigation, review discovery and prepare defense strategy.

/ / /

/ / /

/ / /

DATED: December 16, 2013

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for JOSE IVAN ESTRADA

DATED: December 16, 2013

*/s/ Dwight M. Samuel*
DWIGHT M. SAMUEL
Attorney for RUBEN BOTELLO GUZMAN

DATED: December 16, 2013

*/s/ Ronald J. Peters*
RONALD J. PETERS
Attorney for JORGE VARGAS-GARCIA

DATED: December 16, 2013

BENJAMIN B. WAGNER
United States Attorney

*/s/ Matthew C. Bockmon for*
PAUL HEMESATH
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the December 19, 2013, status conference hearing be continued to January 30, 2014, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

///

///

1  It is ordered that time up to and including the January 30, 2014 status conference shall be
2  excluded from computation of time within which the trial of this matter must be commenced
3  under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-
4  4, to allow defense counsel reasonable time to prepare.

5   IT IS SO ORDERED.

6  Dated:  December 18, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT