1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | CASE NO. 2:13-CR-00249-MCE
12 |                       Plaintiff, | STIPULATION REGARDING EXCLUDABLE
   |                                  | TIME PERIODS UNDER SPEEDY TRIAL ACT;
13 |            v.                    | FINDINGS AND ORDER
14 | JORGE MANUEL VARGAS-GARCIA,      |
15 |                       Defendant. | COURT: Hon. Morrison C. England, Jr.

16

17                              **STIPULATION**

18      Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20      1.   By previous order, this matter was set for status on April 15, 2014.

21      2.   By this stipulation, defendant now moves to continue the status conference until July 10,

22 2014, and to exclude time between April 15, 2014, and July 10, 2014, under Local Code T4.

23      3.   The parties agree and stipulate, and request that the Court find the following:

24           a)   The government has represented that the discovery associated with this case

25 includes agent reports and descriptions of the evidence against defendant. All of this discovery

26 has been either produced directly to counsel and/or made available for inspection and copying.

27           b)   Counsel for defendant desires additional time to consult with his client, review the

28 discovery, and assess the possibility of a plea agreement. Specifically, counsel requires time to

STIPULATION RE: EXCLUDABLE TIME; FINDINGS AND        1
ORDER

investigate whether the facts contained in the government's proposed plea agreement correspond to the proposed sentencing guidelines, and whether any defenses or other mitigating circumstances exist.

    c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d)    The government does not object to the continuance.

    e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 15, 2014 to July 10, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 12, 2014                            BENJAMIN B. WAGNER
                                                  United States Attorney

                                                  /s/ PAUL A. HEMESATH
                                                  PAUL A. HEMESATH
                                                  Assistant United States Attorney

| | |
|---|---|
| Dated:  June 12, 2014 | /s/ RONALD JAMES PETERS<br>RONALD JAMES PETERS<br>Counsel for Defendant<br>JORGE MANUEL VARGAS-GARCIA |

**FINDINGS AND ORDER**

The above stipulation is GRANTED. Accordingly, the June 19, 2014 Status Hearing is vacated and reset on July 10, 2014 at 9:00 a.m. in courtroom 7. IT IS SO ORDERED.

DATED: June 13, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT