Law Offices of Ron Peters
**RON PETERS (SBN: 45749)**
**50 Fullerton Court, Suite 207**
**Sacramento, California 95825**
Telephone:   (916) 922-9270
Facsimile:   (916) 922-2465
Email: ronslaw207@sbcglobal.net

**Attorney for Defendant**
**JORGE MANUEL VARGAS-GARCIA**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-CR-00249-MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| vs. | |
| JORGE MANUEL VARGAS-GARCIA, | |
| Defendant | |

The Defendant, Jorge Manuel Vargas-Garcia, through his attorney, Ronald Peters, Esq, and the United States of America, through its counsel of record, Paul A. Hemesath, Assistant United States Attorney, hereby stipulate and agree that the judgment and sentencing scheduled for February 19, 2015 at 9:00 am should be continued to March 19, 2015 at 9:00 a.m.

Defendant requires additional time to file a Memorandum in Aid of Sentencing.

Parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and Local Code  T-4 - reasonable time to prepare and for continuity of counsel. The parties agree that time be excluded under this provision February 19, 2015, to and including March 19, 2015.

**Respectfully Submitted,**

DATE:  February 18, 2015          /s/Ron Peters
                                  RON PETERS
                                  Attorney for Defendant
                                  **Samuel Clinton Thompson**

DATE:  February 18, 2015          */s/ Paul A. Hemesath*
                                  PAUL A. HEMESATH
                                  **Assistant U.S. Attorney**

**ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and defendant continuity of counsel. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation, February 19, 2015, to and including March 19, 2015.

IT IS SO ORDERED.

Dated:   February 23, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT